**Order entered December 5, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00679-CV

### MAURICE MURPHY, Appellant

### V.

### AMYWASHINGTON A/K/A ELISA MURPHY, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-06133-Y

# ORDER

Because appellant has not requested a reporter's record, we **VACATE** our November 18, 2013 order directing Francheska Duffey, Official Court Reporter of the 330th Judicial District Court, to file the record and **ORDER** the appeal submitted without the reporter's record. Appellant shall file his brief no later than December 30, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE